## RECONSIDERATION OF PRIOR DECISIONS

2007–0452.   Allstate Ins. Co. v. Cleveland Elec. Illuminating Co.
Cuyahoga App. No. 87781, 2007-Ohio-157. Reported at 119 Ohio St.3d 301, 2008-Ohio-3917, 893 N.E.2d 824. On motion for reconsideration. Motion denied.
   LUNDBERG STRATTON, J., dissents.

## CASE ANNOUNCEMENTS

*October 15, 2008*

[Cite as *10/15/2008 Case Announcements #2*, 2008-Ohio-5340.]